*Amos 8/17/18*
*Return cert. mail*
*green card missing*

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| JAMES ISHMELL JR.<br>5209 Morris Avenue, # 101<br>Suitland, MD 20746<br><br>   Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, N.W.<br>Washington, D.C. 20001<br><br> Serve:<br> Patricia Lee<br> General Counsel<br> Washington Metropolitan<br> Area Transit Authority<br> 600 5th Street, N.W.<br> Washington, D.C. 20001<br><br>   Defendant. | CAL18-23053 |

### COMPLAINT

COMES NOW Plaintiff James Ishmell Jr. ("Plaintiff") by and through the undersigned counsel, and hereby makes this Complaint against Defendant Washington Metropolitan Area Transit Authority ("Defendant WMATA"). In support thereof, Plaintiff states as follows:

### Parties

1. Plaintiff is an individual who resides at the above address.

2. Defendant WMATA is a public transportation entity, which is authorized to do and which does do business in the State of Maryland. Defendant WMATA maintains its principle place of business at the above address.

## Jurisdiction

3. This Court has subject matter jurisdiction over this action pursuant to § 1-501 of the Courts and Judicial Proceedings Article of the Maryland Code in that the incident which is the subject of this Complaint occurred in Prince George's County, Maryland.

4. This Court has personal jurisdiction over Defendant WMATA pursuant to § 6-103(b)(1) and 6-103(b)(3) of the Courts and Judicial Proceedings Article of the Maryland Code in that Defendant WMATA transacts business in the State of Maryland, and Defendant WMATA, through its employee, caused tortious injury in the State of Maryland by an act or omission.

5. This Court is the proper venue for this matter pursuant to § 6-201 of the Courts and Judicial Proceedings Article of the Maryland Code in that the tortious injury which is the subject of this litigation took place in Prince George's County, Maryland.

## Factual Background

6. On or about January 23, 2018 at approximately 8:30 am, Plaintiff enlisted the services of Defendant WMATA to provide a MetroAccess vehicle to transport him from his home at 5209 Morris Avenue in Suitland, Maryland.

7. On the same day and time, Defendant WMATA, by and through its employee, was undertaking the process of loading Plaintiff and his wheelchair into the van when Plaintiff was caused to fall from his wheelchair.

8. At all times relevant herein, the employee who caused Plaintiff to fall was acting in the course and scope of his employment with WMATA. Defendant WMATA is vicariously liable for the negligent acts of its employee under the theory of *Respondeat Superior*.

9. Plaintiff's fall was due to the violations of law and negligence of Defendant WMATA through the acts or omissions of its employee. The violations of law and negligence of

Defendant WMATA, through its employee, included, but were not limited to: failing to ensure safety of Plaintiff, failing to ensure the manner in which Plaintiff was transported onto the bus did not constitute a risk of injury to Plaintiff, failing to ensure that Plaintiff did not fall, failing to pay full time and attention, and otherwise failing to exercise ordinary and reasonable care under the circumstances.

10. As a direct and proximate result of the negligence of Defendant WMATA, through its employee, Plaintiff suffered bodily injuries, which have caused and will continue to cause him physical and mental pain and suffering for the rest of his life.

11. Plaintiff has incurred and will continue to incur medical, therapeutic, and related expenses. Plaintiff also sustained additional damages including property damage and the inability to enjoy the normal function of life.

12. The above injuries and damages were caused solely and proximately by the negligence of the Defendant WMATA, through its employee, without any contributory negligence on the part of Plaintiff.

## COUNT I: Negligence of Defendant WMATA (Vicarious Liability)

13. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.

14. At all times mentioned herein, Defendant WMATA, through its employee, had the duty to ensure the safety of Plaintiff, to ensure the manner in which Plaintiff was transported onto the bus did not constitute a risk of injury to Plaintiff, to ensure that Plaintiff did not fall, to pay full time and attention, and to otherwise exercise ordinary and reasonable care under the circumstances.

15. These duties and the breaches thereof are proprietary in nature and do not implicate the discretion of Defendant WMATA as an instrumentality of the State of Maryland.

16. In violation of the duties owed, Defendant WMATA's negligence, by and through its employee, caused the incident as set forth herein.

17. As a proximate result of Defendant WMATA's negligence, by and through its employee, Plaintiff suffered injuries as set forth above.

18. The above injuries and damages were caused solely and proximately by Defendant WMATA's negligence, by and through its employee, without any contributory negligence on the part of Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests a vicarious liability judgment against Defendant WMATA, in an amount to be determined at trial, but believed to be greater than seventy-five thousand dollars ($75,000.00) in compensatory damages plus costs of suit, and such other and further relief as this Court deems just and proper.

Dated: July 11, 2018

RESPECTFULLY SUBMITTED,

_____
Adam R. Leighton, Esq.
Brian Rosenberg, Esq.
COHEN & COHEN, P.C.
1220 19th Street, N.W. Suite 500
Washington, DC 20036
(202) 955-4529
(202) 955-3142
arl@cohenandcohen.net
brosenberg@cohenandcohen.net
*Attorneys for Plaintiff*

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JAMES ISHMELL JR. )
5209 Morris Avenue, # 101 )
Suitland, MD 20746 )
)
      Plaintiff, )
)
v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
600 5th Street, N.W. )
Washington, D.C. 20001 )
)
  *Serve:* )
  Patricia Lee )
  General Counsel )
  Washington Metropolitan )
  Area Transit Authority )
  600 5th Street, N.W. )
  Washington, D.C. 20001 )
)
      Defendant. )

## RULE 1-313 CERTIFICATION

Pursuant to Maryland Rule 1-313, Adam R. Leighton and Brian Rosenberg, counsel to Plaintiff, hereby state that they are admitted to practice law in the State of Maryland.

Dated: July 11, 2018

RESPECTFULLY SUBMITTED,

Adam R. Leighton Esq.
Brian Rosenberg, Esq.
COHEN & COHEN, P.C.
1220 19th Street, N.W. Suite 500
Washington, DC 20036
(202) 955-4529
(202) 955-3142
arl@cohenandcohen.net
brosenberg@cohenandcohen.net
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff, by and through the undersigned counsel and pursuant to § 2-325 of the Courts and Judicial Proceedings Article of the Maryland Code, hereby demands trial by jury of all issues in this matter.

Dated: July 11, 2018

RESPECTFULLY SUBMITTED,

Adam R. Leighton Esq.
Brian Rosenberg, Esq.
COHEN & COHEN, P.C.
1220 19th Street, N.W. Suite 500
Washington, DC  20036
(202) 955-4529
(202) 955-3142
arl@cohenandcohen.net
brosenberg@cohenandcohen.net
*Attorneys for Plaintiff*